UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH LAUFER, | : |
| | : |
| Plaintiff, | : |
| | : Case No.5:20-cv-00273 (BKS)(ML) |
| v. | : |
| | : |
| SNY HOSPITALITY, LLC | : |
| | : |
| Defendants. | : |

## ORDER OF DEFAULT JUDGMENT

UPON the motion of the Plaintiff, Deborah Laufer dated August 4, 2020, and upon all proceeding had heretofore in this matter,

IT IS HEREBY ORDERED AND ADJUDGED on default, as follows:

1.  Plaintiff, DEBORAH LAUFER is granted injunctive relief over and against the Defendant SNY HOSPITALITY, LLC to remedy the following conditions that exist in the Defendants' online reservation system with respect to the place of public accommodation/place of lodging owned by the Defendant known as the Comfort Inn & Suites Airport Syracuse NY and is located at 6701 Buckley Road, Syracuse, NY 13212 and is located in the County of Onondaga (hereinafter "Property").

2.  The Defendant fails to adhere to a policy, practice and procedure to ensure that all goods, services and facilities are readily accessible to handicapped individuals, to wit the Defendant either itself or by and through a third party, implemented, operates, controls and or maintains an online reservations system (hereinafter "ORS") for the Property. The purpose of this

ORS is so that members of the public may reserve guest accommodations and review information pertaining to the goods, services, features, facilities, benefits, advantages, and accommodations of the Property. As such, the ORS is subject to the requirements of 28 C.F.R. Section 36.302(e).

2  Prior to the commencement of this lawsuit, Plaintiff visited the ORS for the purpose of reviewing and assessing the accessible features at the Property and ascertain whether it meets the requirements of 28 C.F.R. Section 36.302(e) and her accessibility needs. However, Plaintiff was unable to do so because Defendant failed to comply with the requirements set forth in 28 C.F.R. Section 36.302(e). As a result, Plaintiff was deprived the same goods, services, features, facilities, benefits, advantages, and accommodations of the Property available to the general public.

3  Now the Defendants are hereby enjoined, and ordered to ensure compliance by altering and otherwise updating the following the ORS to satisfy the following conditions:

    a.  https://www.booking.com/hotel/us/hotel-buckley-road-syracuse.html shall have an option to book an accessible room. Information shall be given as to whether or where it offers compliant/accessibility in the hotel as to grab rails, wheelchair access, built in seating, commodes, sinks, wrapped pipes, sink and door hardware, properly located amenities, sufficient maneuvering spaces, compliant doors, furniture, controls and operating mechanisms. The website shall contain information as to whether all goods, facilities and services at the property are connected by a compliant accessible route, and the website shall contain information as to the accessibility of routes connecting all the features of the hotel, the transaction counter, parking, and common area restrooms. The website shall provide information as to whether accessible rooms are on the ground floor or if an elevator is provided within an accessible route.

b. https://www.hotels.com/ho153587/?q-check-out=2020-01-14&FPQ=2&qcheck-in=2020-01-13 shall have an option to book an accessible room. Hotel amenities, room types and amenities shall be listed in detail and include information about their accessibility, other than the statements "Accessible bathroom," "Wheelchair-accessible path of travel," "Wheelchair-accessible parking," and "Inroom accessibility."

c. https://www.expedia.com/Syracuse-Hotels-Comfort-Inn-SuitesAirport.h5703.Hotel-Information shall have an option to book an accessible room. Hotel amenities, room types and amenities shall be listed in detail and include their accessibility, other than the statements "Accessible bathroom," "Wheelchair-accessible path of travel," "Wheelchair-accessible parking," and "In-room accessibility."

d. https://www.priceline.com/relax/at/39058/from/20200113/to/20200114/rooms/1/?preferredhotelids=39058 shall have an option to book an accessible room. Hotel amenities, room types and amenities shall be listed in detail and include information about their accessibility, other than the statement "Handicapped rooms/facilities."

e. https://www.orbitz.com/Syracuse-Hotels-Comfort-Inn-Suites-Airport.h5703.HotelInformation?chkin=1%2F13%2F2020&chkout=1%2F14%2F2020 shall have an option to book an accessible room. Hotel amenities, room types and amenities shall be listed in detail and include information about their accessibility, other than the statements "Accessible bathroom," "Wheelchair-

       accessible path of travel," "Wheelchair-accessible parking," and "In-room accessibleity."

    f.    https://www.agoda.com/comfort-inn-and-suitesairportsyracuse/hotel/syracuse-ny-us.html  shall have an option to book an accessible room. Hotel amenities, room types and amenities shall be listed in detail and include information about their accessibility in the hotel, other than the statement "Facilities for disabled guests."

4      The Defendant shall remedy the ORS within forty-five (45) days of the service of this Judgment on Default.

4.  The Plaintiff's additional costs and reasonable attorneys' fees arising and accruing in furtherance of the injunctive relief order, are adjudged over and against the Defendant in the sum of: _____  This sum includes: $1,000 in damages for plaintiff; $1,260.00 in expenses (index number; service of process fees; expert re-inspection report); as well as, $4,717.50 in attorney time (11.10 hours). The said sum is reasonable, and is to be entered by the Clerk of the Court forthwith.

    DONE AND ORDERED in Chambers on this the \_\_\_\_\_ day of _____,2020.

_____
UNITED STATES DISTRICT COURT JUDGE